Previously announced and the times will be as I wanted to counsel the first case today is number one eight one one one nine abonnell's, you know I'm sorry judge one second. I'll shut this up Number one eight one one one nine abonnell's enon versus Margaret R. Guzman Miss glad good morning judges. I'd like to reserve two minutes for rebuttal if I may. Yes, you may have it. Thank you the defendant in this case Judge Margaret Guzman argues that the defense the plaintiff's case was properly dismissed Because there was no case or controversy the basis for this argument is that By adjudicating a discovery dispute Judge Guzman has no institutional role. No institutional stake in the outcome. She's no I'm I I don't think that's the proper framing of the issue. Why don't you just address? Judicial immunity and we'll get going. Okay. Um By judicial immunity is the court referring to in rejustices of Puerto Rico I'm referring to the defense which the Commonwealth has asserted in this case The defense the Commonwealth asserts is based on the holding of in rejustices of Puerto Rico Which the Commonwealth erroneously classifies as a judicial immunity statute. It's a judicial immunity case. It's actually not the In rejustices is not about whether a justice is immune from a declaratory relief Order, they're not the issue is whether a plaintiff who sues a judge Has a case or controversy within the jurisdiction of the federal district court because of the judge being a neutral adjudicator of statutes and finder of fact He simply has no institutional stake and I'm quoting from this from the statute That a neutral adjudicator as opposed to an administrator divorce or advocate simply having no institutional stake in the constitutionality of the statute or whether they've accurately interpreted it is Not a proper party. And the reason is the absence of a case or controversy and the case of controversy requirement is is To judge Breyer's description of how that we frame it. It's the same There's a test and it's either they're acting in their capacity as an adjudicator Of a decision or they're acting in an administrative capacity yesterday, but so might just get to that Question you obviously think that she was acting as not in the judicial capacity as an adjudicator But instead as an administrator Yes, that's right and the reason is because at the time that she issued that gag order the gag order did not relate to any case or Did not relate to any dispute before her under any statute and required no findings of fact It was the criminal case that was pending There was a criminal and you were seeking the information in the context of The criminal case because obviously you felt the information was relevant to the defense Yes, and that was the reason That the plaintiff sought the information from the administrative office of the trial court so that if the plaintiff had sought the information through uh, because the plaintiff was a A journalist the process would have been the same and the process would have been that he files a request with the administrative office of the trial court If the request is denied a judge reviews it and if there's an open case in which the issue is arising notice is given to Opposing counsel so that counsel knows that this issue is arising but the way it works in Massachusetts is always the same which is you make a request to the administrative office of the trial court and if they Decide not to produce it a judge makes the decision about whether the judiciary should produce these records But one thing is that I don't fully follow there's I understand that the administrative Issue could arise with respect to judicial records, but a protective order Is different than simply a typical Act by an administrator because if you flout that order aren't you in contempt? Yes, so that doesn't that inherently make it An exercise of the judicial power judicial order as opposed to just an administrative act in their administrative capacity. They can't Issue something that would result in a contempt finding can they? I don't know the answer to that question Don't we have to know the answer for us to be able to decide this? In other words if the If the Nature of the order is a judicial order of a kind that can only be issued in the adjudicative capacity Then you lose right? No the the judicial order the the term adjudicative capacity within the case of controversy Stan standard is very different than just the general. What is a judge do what is there? Right, but one thing that I would think it would Qualify as is the issuance of an order for which if you violate it, there's contempt I would disagree Is there any measure of action that can be taken that could result in a contempt order if you didn't follow the administrative action I don't know what the court means by administrative action. It's not a term that's well defined. So Okay, you're the one who is advancing the Administrative argument here. What happens if there is non-compliance? with an order Issued in the course of the administrative proceedings The judge would then act in her capacity as an enforcer And she would take whatever steps she thought were necessary to protect the records or do whatever she thought And where is that set forth in the code, please? Um, it's not it's no you're making an assumption The judge i'm saying what the judge said on the record. I'm repeating what she said, which was a series of warnings She said it was in the course of issuing a protective order. Yes She issued a protective order. She made the decision Let's go back are The administrative procedure you're relying on is that subject to the state administrative procedure act? No, it's not because it's not within the commonwealth. It's the it's it's not within the executive branch of government So the administrative procedure act would only refer would only cover executive agencies. This is all within the judiciary So this is a series of decisions by various judicial employees about how they're going to uh, release their records So they have this record. They have the report from uh, Personnel about something that happened within the courthouse. Somebody requests it. Uh, Personnel number one the administrator says i'm not going to release it the internal procedure for that Which is the uniform rules for subpoena court officials, which is promulgated by the judiciary Is that a judge then reviews it and makes a decision about whether? What should happen? and the idea that And this judge made the decision that the records could be released Depends on the premise that If the judge is acting according to the administrative procedures that is set up Any protective order Then becomes an administrative act. Yes, exactly okay, that is the argument and the reason is that that was the condition of releasing the records as decided by treating the Judicial department as a let's use the term agency for lack of a better term But you can see that if you didn't follow the executive the protective order It would then be a contempt proceeding. It would be at that point well That's unusual for an administrative order, isn't it? It is and that's because most administrative orders Uh, the the branch of government the department dealing with administration Is not the judiciary Is not the judiciary doesn't generally everything it does administratively that is not followed doesn't result in a contempt finding No, this is not an exercise of the judicial power as an adjudicator. I've also never heard of the judiciary issuing a Requiring somebody sign a protective order as a condition of getting uh records They're presumptively entitled to this was a condition that she decided to order entered. Um In the criminal proceeding that was her condition that the protective order would enter in the criminal proceeding and if that didn't happen The plaintiff would not be entitled to the records So this was an administrative decision to make that a condition of releasing the records Aside from what you may think is futility and aside from your argument that there's no need to exhaust Do you have a state court remedy? Why are you precluded at this point from having a state court remedy? The secret remedy would be a lawsuit in state court. I mean it would be the same as here you can pick your forum But there's no you know I mean if you if you made another request Before judge guzman and she denied it. Is that appealable at this point? I can't make another request There's no procedure that gets me into court on a closed case to challenge the constitution Institutionality of an order after the defendant has pled guilty It's black letter law in massachusetts. You can't do that There's no no, there's no ancillary Motion that you can file in the criminal proceeding because it's now closed. Yeah, there's no there's no answer The only proceeding the only ancillary proceeding would be a rule 30 Which would require the defendant to say that there's something wrong with the guilty verdict, but she's not Wait a second. Wait, don't you you're subject to the protective order right now, right? Yes So couldn't you challenge the protective order on first amendment grounds or even under state constitutional grounds or seek a modification? Under state law so you're free from the protective order challenge and how are you asking whether I could file a motion in the criminal proceeding? No, no Just you there is a protective order against you. Suppose you want to publish an editorial releasing all the information that's in the Material that's subject to the protective order. Could you do that right now? No. Okay. So if you wanted to now publish that article Do you have no recourse under state law? I have recourse under state law. It's a lawsuit A request for declaratory judgment that this it would be independent lawsuit. You can't seek modification of the protective order No, because the proceeding is closed I can't this is black little massachusetts. The only modification would be because it's unconstitutional That would be your argument I seek to modify it because I wish to publish a Op-ed page piece in the boston globe It's a violation of first amendment rights to preclude me from doing so I mean on your own statement. You just said you could do that. I could file a lawsuit in state court Yes, when you said it's black letter law What is the what are you referring to a case or a rule of procedure? Or what what is the case that precludes you from filing a motion to modify that at this point at this point? the uh The cases that prevent me from from filing that they're cited in the reply brief all have to do with the fact that once Uh judgment is issued a plaintiff is prohibited From challenging the constitutionality of any pretrial order and this goes back to the 70s You can't go back afterward and say that wasn't fair. You have to do it during the case So I can't there's no procedural vehicle if I file a motion Just so we're clear I get that you can't within this particular case as docketed There's no way to get the order, but you could under state law challenge it on state constitutional grounds or even state court on first amendment grounds or Variety of other things if you want to do something such as publish an editorial So you say if i'm understanding that can't be a reason why you can't then bring a 1983 action in federal court Because you have a federal form independent of that And just so I follow it That's predicated on rooker-feldman not applying. Yes, sir. Okay with respect to rooker-feldman not applying um one thing i'm a little bit puzzled by but maybe the answer is just it's a version of the Administrative adjudicative decision that we were just talking through The state court Order Is a protective order? And there's at least some authority that suggests that if what you're trying to do is challenge a state judicial order In federal court and bypass the state system for doing that that's a rooker-feldman problem. Yeah No, that wouldn't be a rooker-feldman problem. That'd be a different problem. Well, there's there's some authority that you can't just choose Not to bring a certain type of claim in state court Come to federal court if what you're challenging is not A non-judicial order but a judicial order because if what you're challenging here is the protective order That's a judicial order and arguably for profound precludes you from having a federal forum To challenge that I don't know which case you're referring to in this case Because there's two problems with the fed with the state forum right now Which is that in order to get back into that particular proceeding and rooker-feldman is proceeding based So we have to be looking at that proceeding In order to get back into that particular proceeding the defendant would have had the plaintiff now uh, he was the criminal defendant at that point would have had to not plead and go up the ladder of Get a guilty verdict and appeal it and because he didn't want to do that But why does that mean it's not a rooker-feldman problem? Because the fact that just means maybe he Formed that he had under state court for challenging doesn't change whether in fact It's a state court judgment that he could have challenged through the state appellate process It's not a state court judgment and that's important. Okay, so then that's back to the administrative versus adjudicative No, no, it's just an interlocutory order Because it's an interlocutory Isn't it? It's a permanent order now, isn't it? Yes, but it's not a judgment It's it's there's no it issued in the context of a case. It was interlocutory But it would have been a judgment if he had not pled If he had been convicted At that point he then could have challenged it on the appeal of the criminal conviction He could have challenged the order itself on an appeal of a criminal. So he chose to plea And by consequence of the plea that's why it now is something that he can't challenge But that doesn't affect rooker-feldman It does affect rooker-feldman because the the distinction between the judgment Which is whether he's guilty or not of a criminal case Any orders that issue pursuant to that as that case is being adjudicated are very distinct for rooker-feldman Rooker-feldman does not apply to interlocutory orders and the reason is because those orders Are often independent of the judgment itself So the judgment can be if you get a judgment against you in state court, you can go to the supreme court They can take care of it So once you have a judgment, you can go to state court and rooker-feldman says federal district courts hands off This goes to the supreme court. You can't do that for interlocutory orders Okay, you have two minutes of rebuttal. Thank you judge May it please the court i'm carrie strayer assistant attorney general for the appellee defendant Associate justice margaret fuseman I'd like to cut to the issue that you were discussing with my sister counsel regarding Judicial immunity and I think that's the most straightforward and simplest Answer so why didn't the commonwealth assert it right away? One would think the attorney general's office would know enough that when a state judge is sued in federal court Automatically judicial immunity comes to mind even though the initial lawsuit was purportedly a direct first amendment, uh claim Well, we did uh judge lynch. We didn't need to assert that Defense right away. And secondly, why not? Well, I alluded on the under 12 v6. We have the ability to assert it later. It could be asserted at uh, Summary judgment, uh, for example, we didn't have to assert it right away. No, you you brought it on a motion to dismiss later And once they amended it and made it a 1983 claim actually, we did not address it on the motion to dismiss later What occurred is that we had an argument in april of 2017 before the court uh at that time Uh judge robertson the magistrate judge, uh specifically requested that the plaintiff Revise and file an amended complaint the initial complaint was Had two parties one was judge guzman. One was a trial court There was a complaint for a first amendment and 14th amendment violations and a mass declaration of rights At that time judge robertson requested that the plaintiff file an amended complaint against judge guzman only and under section 1983 And about four or five months later the plaintiff did file that amended complaint and on that same day the court issued their uh reported recommendation and at that point It became apparent that we needed to Assert the judicial immunity defense and you thought it wasn't evident earlier Our our viewpoint was that when the complaint was amended at that point, then we should definitely have the judicial immunity All right She was an initial plaintiff So i'm trying to figure out why it wasn't as relevant for the first defendant The first complaint as it was the amended complaint Well, again, I just fall back on my argument that so we didn't feel that we had to uh specifically Uh place that Uh in front of the court at that time. It's not waivable Is it or it's not waived just by not raising it initially you can raise it later. That is correct So with respect to the the merits of the immunity argument What are we to make of what is going on here? Is is it the case that? It's somewhat irrelevant that this happened to be a criminal proceeding that the way this works is if the boston globe Had walked in said we've heard there's these uh court records. We'd like to see them That everything would play out identically to how it played out here Well judge hughesman, I think what the court has to be aware did you just tell me if that's what I just said It's true or not true. Sure. Um, I think I would agree with that. But what what judge gives them what what? Then how is this different than an administrative order? I mean any agency that operates under foia You go to the agency to say I'd like the records They say yes or no, and then here's the conditions in which we give them what's different here This is just just because it happens to be judicial records. No, the different the difference is uh, your honor that This is a discovery order that was issued. I don't know what that means when you say that it's not discovery from any party It is not but but the judge specifically did refer to this in the transcripts as a discovery and in fact, it's it it has the uh, At this point it's sort of like suppose you ask for the trial court budget I just want to see what what's what are you spending your money on? Would that be handled the exact same way? What's the what an individual would need to do in order to get records from the trial court would be to subpoena the trial court and I believe that's under uh Subpoena the subpoena rules uh to paragraph two So they they send an order send a subpoena. This is what they ask judge because what do you spend on your chambers? Well, I heard you got nice drapes. I'd like to see what the bills for the drapes were what would happen same thing Well in that case again, they would subpoena the records from the trial court because the trial court is the entity that actually keeps the records What judge guzman? What judge guzman? Is there any what i'm trying to get at is there must be some This was the record of the behavior of a courtroom deputy, right? Correct Okay, suppose they wanted the record of the time sheets of the judicial assistant to judge guzman Okay, what would happen then? Again the trial court is the entity that keeps the records. This is the only records that the that the judge keeps But these these are records. These are internal reports That are held by the trial court regarding just the same as when you say the trial court It's the same in all that my examples or is it different? i'm not getting it and I you accepted a premise it strikes me If the boston globe sued directly Under foya, that's a different situation than we have here If the boston globe made an appeal under the administrative uh Made a request under the administrative thing and was denied then that would be an appeal To a judge that's not quite our situation here Uh in either of those instances, there's no underlying litigation You've now raised the subpoena So I think you need to be a little more careful about what it is. We're actually talking about here but i'd like to go on to the fact that What we have here are accusations of mistreatment Possibly Brutality by a court officer Toward people who are in the courthouse for a variety of reasons And it appears to be racially motivated This is what uh Was going to be offered as a defense uh to the assault and battery charges brought against Uh, mr. Zenon here Okay An administrative request is made and then uh, uh, a protective order is entered I'd like to know since the record doesn't tell us has the state done anything about this sad state of affairs about this probation officer and If not who is in charge of discipline in these situations Well, obviously your honor the state does take matters or allegations would you answer my question uh to my knowledge, uh, nothing has been No action has been taken against uh the any Investigation been started I'm not putting that information this went all the way to the sjc And they were aware of these allegations and they did not ask For an investigation to be done. Well, I should note your honor that uh, judge guzman stated on the record and i'm trying to figure out where the transcript, uh page is for this was stated on the record that the plaintiff had been essentially involved in this case for Several years and yet at this late date right before the trial date in 2017 At that date, uh, the court had not been provided with any records any affidavits Uh any other information from plaintiff concerning, uh, these alleged allegations against this court officer But weren't the weren't the uh records in her possession? The records in the possession of the trial court, correct? And then the trial court provided those records to the judge Uh at which point the judge then entered the protective order Um, I had understood that these were claims contained within the trial court records the personnel panel And they included statements From a pregnant, um woman who was Mistreated apparently by this court officer so Would you go back and answer one of my questions? Who is? Who would be responsible for doing an investigation? Within the state system Likely that would be the trial court itself uh, perhaps Perhaps a state auditor Maybe even the attorney general's office Um, but there would be there is the ability obviously to have an investigation done of of the allegations, but again, please These are allegations. Um But you're not arguing that the allegations weren't relevant to the defendant at the time presenting a defense The question for me is like what is what would have been from your perspective the proper mechanism? For the defendant to have obtained those records But you below this the commonwealth wasn't really objecting to the production of the personnel records No, the commonwealth was not objecting to the production of the records. It was it was a judge Herself who put the protective order in effect after she had reviewed the records So you're saying that the subpoena route would have been the better mechanism? Well, that was the route that was taken the records were subpoenaed and then provided to the judge who then reviewed them entered the protective order and that's Essentially where we stand today. We're still in the same position today as we were several years ago Just so I understand what's going on I think it matters to the immunity issue and it matters at least to me to the worker fraudulent issue The subpoena to the trial court You treat that as an administrative action if the trial the trial court's response to that is an administrative action It would be an administrative action, but the trial the trial court's I'm, sorry, but the trial court would actually also have the ability to object to The production of those records as well and the trial court itself could find it Well, the trial court itself could find itself in front of uh It did not Okay, so at that point it was a request pursuit to administer procedures to the trial court to take administrative action Of disclosing records. Yes, which it complied with right and it gave them to judge guzman. That's correct. Okay Judge guzman then gets them Judge guzman then issues a protective order. Yes, he is is any Which records that the trial court has under state law that one requests? Are given to a trial judge first before they're just given to the person who requests them Do you know? Uh, I do not know exactly do we know why these were given to judge guzman rather than to the person who requested them I I think um What is under state law? What authority does she have? To be making any decision about this. I don't quite understand it. They're not her records. No, but there are Allegations in those records and they pertain to people that Uh would have to come before the court in order for those records to be released If such as what well if it's an allegation that someone Other than an individual was allegedly assaulted And that person would have the right to come into court and request that that information not why wouldn't they just object? They could just go to the trial. I just don't understand why judge guzman in particular What's the reason to to give her the records and let her make the decision? I believe that's the normal procedure by the trial court They would provide those records if they if they contain if they contain suppose there's no pending criminal case Okay, and this attorney walks in and says i've heard there's this person in your courthouse who's doing horrible things And i'd like to know about it. She makes the same amount of requests to the trial court What would the trial court do? Why would they give it to judge guzman? Well, well again, there's information in those documents that relate to other individuals. Yeah, why judge guzman? Why not some other judge? On the trial court most likely because judge guzman was also handling the State Provision that says that she's supposed to have any jurisdiction over this matter. Uh, i'm not sure that did the request Say that uh, the request was related to a pending criminal matter before judge guzman Or did it it related to the pending criminal matter did it say it related the subpoena itself Or the subpoena to the trial court. Okay, i'm not i have not seen the subpoena to trial court But is that in the record? What's in the record is a protective order itself that is in the record How would the trial court otherwise have known That there was a relationship between this request and the pending criminal matter before judge guzman, I would assume that somewhere on the subpoena there would be a box to enter the The matter that uh is involved and they would have entered the criminal matter and then they can match that up with the case You would assume yes Because again justice. I I have not seen the why not? You're here defending a judge I understand that. Could I ask you one more question just so I understand the protective order process I think I get there's an administrative process for getting documents from the trial court for some reason The way that administrative process played out those documents Were given to judge guzman. We don't know what under state law Was followed that led them to go to judge guzman, but they did Oh, do we do we know what state law or is there a state law? Well, there are several criminal Rules one is 14 Mass criminal procedure 14 that applies to discovery. Yes, and this is not a discovery request But this is not a discovery request, correct? The protective order became a discovery issue. I didn't ask that The request for the documents was not a discovery request pursuant to rule 14, correct? That'd be correct. Okay Somehow judge guzman gets the documents and then treats it as a discovery Matter which entitles her to issue a protective order under rule 14, correct? Correct. Okay Do we know what under state law? Permits requires etc. Governs that decision Well, it would be the master of criminal procedure 14 Are there state cases in which a defendant? Tries to evade the limitations on criminal discovery under rule 14 by making these sorts of requests to the trial court Are there any cases on this that you know, those are records that aren't in the possession of the commonwealth Those in the possession of the court, so that's not an evasion Is it? well She's not trying to get from the prosecution No prosecution doesn't have the records That's correct. It's coming from the trial court itself So that's what's so puzzling about this all of a sudden They've made an administrative request that any member of the public's entitled to get from the trial court and somehow A protective order pursuant to rule 14 is slapped on it when it wasn't a full rule 14 request And now you're saying because she did that it's judicial immunity And the parties agree to to this they agree to the process and it's in the transcript In the transcript, I believe it's appendix page 47 through 52 There's a description of exactly what happened. There was a I believe an in-chamber meeting between Plaintiff's counsel the assistant district attorney and judge gooseman to discuss these records And then when the judge came out on the bench The parties had agreed that there was going to be a protective order was signed by the Plaintiff's counsel in the case and it was referred to several times by judge gooseman as a discovered order Can I go back I take it that there is no basis for an assumption that Because these records That they would have automatically been released to the globe or somebody else Because they actually name individuals and those individuals privacy concerns might have been It sort of sounds to me like Because they knew the records were going to judge gooseman. There was Not an independent The trial court didn't think it needed to make an independent determination as to the privacy of these other individuals so I don't think we're warranted in drawing an assumption that in response to the subpoena The trial court would have automatically turned these over But we don't know one way or the other but what we do know just so if I understand it if If the trial court had not turned them over and it had made a decision not to release them Then the recourse Is there recourse at that point for let's say the globe if they want them they can challenge that decision not to disclose, right? That can be challenged and the decision of the trial court not to disclose is not a judicial act No, that would be which it would have immunity that that would be administrative What's strange here? Is that the only thing that has happened the exact same process the trial court if it said You know, there's privacy interests here. So we're not going to release it. There'd be no immunity from a first amendment challenge to that But because they hand it to judge gooseman for reasons. We don't know why and pursuant to authority. We don't know what it is she then treated it as a Rule 14 discovery request for which she could issue a protective order and now you're claiming that is a judicial act for which there is immunity and that's very puzzling to me why we should say that that is a judicial act for which there's Immunity if it's just making the same kind of privacy determination That the trial court could make and if it made it it would have no immunity Because that's a kind of otherwise. It's a good way to avoid ever having any kind of challenge to Information requests that are made to the trial court. They just hand it to one of their judges The judges then puts a protective order on it. That can't be right. Well, as you may recall judge baron, there was a challenge by Mr. Zian on up to the SJC and the sjc at that point sent it back to the trial court and said Plaintiff you have the right to file a motion in the trial court in order to get whatever information you need from these records and the plaintiff did not do that and said the plaintiff came directly here to The uh to the u.s sister court can I uh, you said something earlier that seemed to suggest that you were saying What happened happened as a result of the agreement of everyone in that in chambers? conference room with the judge guzman Uh, including that the defendant agreed to this treatment of uh, the records Is that an argument you're making Those are the facts Is that an argument you are making that the defendant agreed to all of this? It is the defendant did agree to all this and not only that defendant's counsel plaintiff's counsel also At numerous occasions during three separate hearings and again, this is all in the appendix Three separate hearings requested numerous changes to the protective order which some some judge guzman allowed some she That would seem like a pretty straightforward Argument that the challenge is waived By the other party, but I don't see that in your brief anywhere that's correct. That's not in the brief Why not? So, I mean there's agreement and there's agreement I mean if the judge says says the only way i'm going to let you have access to these records is if you agree Not to tell anybody About the contents. I mean that's not exactly an agreement if you need the information No, but again the issue became protection of Individuals who were named in those documents not just the officer but other individuals Is that you keep you you have returned to that a couple of times is there something in state law for instance if the globe sought the information is there something in state law That says the court would have been obligated to give notice to the parties who made the complaints to the court There is I believe it's uh master in the law chapter 66 or 66 a I believe that those are the uh Documents because I know for example attorney general's office that we have to turn over documents where there are some Information related to other individuals. We actually have to give notices that those individuals and have them Give them a certain amount of time in order to contest the production of those documents. So that is Can I just throw up maybe just so I understand And perhaps this is just all somewhat semantics, but If I understand what you're saying whether justified or no the Judge guzman issued a protective order Which she styled as a protective order pursuant to rule 14. That's just a judicial act. Therefore. There's just immunity. No two ways about it If they want to challenge the trial court for not disclosing this information They might have a perfectly valid route for doing that Under state law The proper defendant would be the trial court Or some officer in the trial court who's the individual officer who heads it? And you would challenge the decision not to disclose it rather than the protective order itself And if all that happened, then the state would have none of the arguments that you're now making. Is that right? Well, except for the last clause We I said you'd have none of the arguments you're now making might have other arguments, but you wouldn't be able to say Roker Feldman you wouldn't be able to say judicial immunity and you wouldn't you might have a younger argument That's the only one that would be left right? He might have a privacy argument Well, that's but you're not making that argument now. So are the arguments you're making to our court They're all contingent on the fact that judge guzman styled it as a protective order pursuant to rule 14. You just say that's a Showstopper, but that's the substance of what she's trying to get the right way to do that is to sue the trial court Or some individual As the head of the trial court in their capacity as administrator of the trial court And then it's a different lawsuit That that would be a different lawsuit. That is fair Okay, thank you, I would rest on my grief for my remaining arguments Counsel You waived rebuttal Okay, thank you both it's an interesting case It is however a sad tale about what's going on By some court officers in some courts of the commonwealth and I am Somewhat dismayed to get the answer that counsel for the commonwealth has no idea whether anything has been done about this All right Do you do you know if anything has been done um There are rumors, I don't know, uh, there were changes in where cameras were put, but I didn't know whether that was exactly Because of this as an attorney in the court, we weren't saying this is going to change but I didn't know of anything I Should I go to the microphone Well, I know you waived rebuttal but since we have to actually write an opinion in this case, I want to make sure I understand What's going on if I understood from the state? They're making a big deal of the fact and I understand why the the actual order you're contesting Takes the form of a protective order issued under rule 14. Okay They are suggesting that if you wanted to challenge the trial court's non-disclosure of the evidence of the material You could do that in a suit against the trial court directly And then you wouldn't run into any judicial immunity issues, etc That's not entirely accurate I can walk the court through the procedures for under the uniform rules of subpoena to court officials if that would be helpful It would be to me Uh, and they're also say they're also listed in the addendum of my blue my blue brief so you can get the actual documentation there Uh, there's actually they're called the uniform rules of subpoena. It's not actually a subpoena because you can't subpoena a court official So these are the rules that the sjc wrote in for Anyone to use to get court records instead of subpoenas because we can't use subpoenas The rules are as follows rule 2-2 Is that you initiate the process by writing a letter requesting the documentation? If anyone in the trial court has any reason why they think this shouldn't be produced they can raise it in this case Uh, there were several reasons raised including they didn't know how to find them They and this is and that's not in the record. That's just there's there was a response that this is too much stuff so the If there's a pending proceeding and this is rule two four Uh the proper procedure at that point is to uh, bring it before as a motion before the judge Uh in that proceeding so the judge in that proceeding can make a determination about whether uh, the rules The documents should be issued It's not a uh, an an order the judge doesn't usually issue an order in the proceeding It's just that that's the particular official who makes the decision at that point Judge guzman did something unusual and she issued an order that said, uh First of all, she said okay go ahead and take the documents you can have them But she also issued an order that said but you can't disclose them and then she filed that order in the proceeding And that as you said is the judicial immunity piece. That's where it blew up If there hadn't been a proceeding Then the plaintiff would not have been forced to use this motion procedure What the plaintiff would have been able to do is file an independent lawsuit and then none of these issues would have been asked you've just said the rules say if it Is related to a pending proceeding Then the procedure is to file a motion before the judge. Did you file a motion? before the judge I don't remember if it's in the record But as a matter of fact, that is how it got before the judge that I that it's at a that's the appellate process For getting these records if there's a proceeding and then but the way you understand that So I fall under two four is that doesn't Give the trial judge the judge for whom you seek it any more authority than the trial court would have To respond under two two, that's your point exactly But judge guzman rather than following the two two process in her proceeding Treated as a rule 14 discovery request for which she could issue a protective order. Is that the idea? Actually, we've been using the term rule 14 rule 14 was first raised in relation to this gag order During the appellate proceeding in federal court. This was never a rule 14 order I don't think at the time judge guzman was confused about the difference between the judiciary and the constitution So she just issued a protective what she called a protective order Yes, and the protective order to give the court some courtsome culture is a form That judges have in their possession at all times litigants use them a lot and they're usually used With respect to third party records after the third party has appeared and and expressed a privacy But there's no reference in two two or two four to the authority to issue a protective order To restrict the access to these documents. No, did she purport to be operating pursuant to two four? When she issued the protective order Well, her order cites rule 17 a two Her vote. Yes, her rule cites the order is a form that she just pulled off line It's just a protective order that's commonly used when there are third party records at issue So she I guess she cites rule 17, but this was never rule 17 motion So it was an odd citation Is it wrong then for you to think that you would be in contempt if you defied the order because maybe if it's truly Administrative you wouldn't be I wouldn't take that risk in a million years. So I that's not something that I was playing around with um, your brother said that um There were discussions about shaping the order You asked for certain things not to be there Is that what happened that's all on the record that all happens on the record at the time of the in-camera hearing The judge actually puts most of what happened in the in-camera hearing on the record once we were back out was I decided to release these records to counsel on condition of Their agreement to sign these protective orders, so they're signed by both uh the Now plaintiff and the commonwealth before either party had seen the documents Okay, you have you tell us that these rules 2 2 2 4 Etc are uh in the record. Uh I just I'm going to give the commonwealth Uh an opportunity within one week if you have any objection to this characterization of the rules or any additional things that Are court rules pertinent to this? You must file within the next week and if you have an objection One week beyond that. Thank you judge And it's again on page 45 of the blue page 44 of the blue brief is where the the whole Uniform rules on subpoenas to court officials rule 2 4 is laid out And I just want to pin this down and that's the rule that you were operating Pursuant to when you made your request Yes, when I made the request to judge guzman, that was the rule to to the first request goes to The executive office of the trial court, uh goes to their general counsel They look at it and then rule 2 4 if they say no for any reason it goes to a judge So that was where? Rule 2 4 is where judge guzman got involved Just one more question. I'm so sorry. It's all right. So pursuant to Some other commonwealth law, is there some type of privacy right? that Uh obtains to the persons whose names are involved in these complaints that requires that notice be made to them No, judge. This is uh These are reports They're not personnel reports. These are reports written by a court officer about things that happened in the public building So there's arguably and there's arguably something if it happens in the lockup because that's maybe private I don't know what the statute would be but at least it's theoretically implicates a privacy concern that It wouldn't be frivolous to consider But most of these were things that happened in in the public So in other words, it's not the offending officer who's filing the report It's the is someone another officer or that officer's superior It's the offending in this case the offending officer officer. Sierra Everything that happens he writes reports about if it's a he loses his keys He writes a report. He puts someone in lockup. He writes a report. So somebody hits him. He writes a report He hits somebody he writes a report So he writes reports almost every day about something that happens and those reports are all saved by the executive officer of the trial court The reports to the extent that they involve things that happened in the public courthouse that people did publicly There's no cognizable privacy interest that I would be aware of uh, it's possible that if It depends what's in the reports, right? Maybe the reports he writes and I knew them because they were involved in these really horrible crimes and now it's for information but just The fact of the report your brother just told us something directly opposite He said yes, there are requirements under state law and under these procedures That take into account whether there are potential privacy concerns of people named I'm going to ask him to stand up. That's what I heard you say And I don't know what is the basis for that There are there are state statutes which require that what are they? Again, I believe there's a general chapter 66 And or 66a, okay, we're not going to get into a debate between council i've given you seven days You have an additional seven days Put whatever law is pertinent to this question of privacy Protection or no protection for privacy Into those filings for my benefit. Can you make sure when you do this? Independent of the merits of whether a privacy request could be made or not What is the basis for Resolving the privacy issue through means of a protective order As opposed to whatever the administrative process under 2-4 would be. Okay that do you see the point? Yes Because to me that's absolutely critical to how we're going to decide this case And also you you reference the subpoena And and your sister council just says that this is not a subpoena process. This is a 2-2 process Leading to a 2-4 process. I mean, do you disagree with that? I believe that is about subpoena rules I think it's not a true subpoena, but it's the court subpoena rules. Okay. Yes. Yes and uh, justice lynch Would you like this in the judge you're in federal court, sorry, uh, would you like this, um To be sent by letter or a memorandum My response it's a 28 j Look up our local rule 28 j Thank you. Make the filing the way filings are normally made both in paper and electronically to our clerk's office And copy, of course your opposing counsel Same for you I indicated that I don't know specifically what happened or why I was aware that some changes had been made One of the things that had happened was during this process when there wasn't movement from the commonwealth I knew someone in the u.s attorney's office and I raised that issue with her My understanding was that there was some investigation and that something which i'm not privy to may have happened through the federal process But I don't know that for sure I only know that I raised it with her and was then interviewed by an fbi agent regarding what was happening Okay. Thank you. That's very helpful for us to know. Thank you, judge